REICHEL, Respondent, *v.* NEW YORK CENT. & H. R. R. Co., Appellant.

(*Superior Court of Buffalo, General Term.*   November 19, 1889.)

Argued before BECKWITH, C. J., and HATCH, J.

No opinion.   Exceptions overruled, and judgment ordered for plaintiff, on verdict.   See *ante,* 414, 415.

---

SULLIVAN *et al.,* Appellants, *v.* PORTINGTON, Respondent.

(*Superior Court of Buffalo, General Term.*   November 19, 1889.)

Argued before BECKWITH, C. J., and TITUS and HATCH, JJ.

No opinion.   Judgment of municipal court modified, by making judgment herein in favor of plaintiff for the sum of $157.72, and, as so modified, affirmed, without costs.

---

FOLEY, Respondent, *v.* WOMEN'S MUT. INS. & ACC. Co., Appellant.

(*Supreme Court, General Term, Fifth Department.*   January 24, 1890.)

Argued before DWIGHT, P. J., and MACOMBER and CORLETT, JJ.

No opinion.   Judgment affirmed.